UNITED STATES of America,
Appellant,

v.

Errol ZEIGER.

No. 72–2065.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 9, 1972.

Before McGOWAN, MacKINNON and
ROBB, Circuit Judges.

ORDER

PER CURIAM.

This cause came on for consideration
of an appeal under 23 D.C.Code § 104(d)
from an order of the District Court,
350 F.Supp. 685, dated November 7,
1972, which admitted proffered poly-
graph testimony, and the Court heard
argument of counsel.

On consideration of the foregoing, and
of the record on appeal herein, it is

Ordered by the Court that the order of
the District Court appealed from in this
cause is hereby reversed and this case
is remanded to the District Court for
further proceedings.